

**MEMORANDUM**
**TO DOUGLAS C. PALMER**
**U.S. DISTRICT COURT CLERK**

           Re:     **THRISTINO, Joseph**
                      **SDNY Docket # 15-CR-284**
                      <u>**Request for Judicial Assignment**</u>

Reference is made to Joseph Thristino (Thristino), who was sentenced by the Honorable Paul A. Engelmayer, United States District Judge for the Southern District of New York, pursuant to his conviction upon plea of guilty to Count One: Conspiracy to Distribute Heroin and Cocaine, in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(A), a Class A felony; Conspiracy to Commit Hobbs Act Robbery, in violation of 18 U.S.C. § 1951, a Class C felony; Counts Three through Ten: Hobbs Act Robbery, in violation of 18 U.S.C. § 1951, Class C felonies; Count Eleven: Use and Possession of a Firearms in Relation to Crimes of Violence and Drug Trafficking, in violation of 18 U.S.C. § 924(c)(1)(a)(iii), a Class A felony; and Count Twelve: Trafficking of Firearms, in violation of 18 U.S.C. § 922(a)(1)(A), a Class C felony.  On December 3, 2019, Thristino was sentenced to time served plus fourteen (14) days' custody on all counts to run concurrently, followed by five (5) years' supervised release; five (5) years on Counts One and Eleven, and three (3) years on Counts, Two, Three through Ten, and Twelve to run concurrently, with the following special conditions: 1) Search condition; 2) Substance abuse treatment; and a 3) Supervised in the district of residence. A $1200.00 special assessment fee was also ordered.

Thristino commenced his term of supervised release on December 17, 2019.  He is being supervised by the Eastern District of New York based upon his residence in Brooklyn, New York.  He has maintained a stable residence with his wife and is currently unemployed. To date, all urine samples have returned negative for the presence of illicit substances. The $1200.00 special assessment fee remains outstanding.

**RE:   THRISTINO, Joseph**
**SDNY Docket # 15-CR-284**

On February 11, 2020, the Probation Department in EDNY requested that the Southern District of New York initiate Transfer of Jurisdiction in furtherance of Thristino's participation in the EDNY's Substance Abuse Treatment and Re-Entry (STAR) Court program. On May 28, 2020, the Honorable Paul A. Engelmayer, U.S. District Court Judge for the Southern District of New York elected to relinquish jurisdiction to the Eastern District of New York. Enclosed, please find Probation Form 22, Transfer of Jurisdiction, duly executed by Judge Engelmayer.

We respectfully request that a Judge and Docket Number be assigned to this matter. If the assigned Judge concurs with this request, please forward the executed forms to this office.

Respectfully Submitted:

Robert L. Capers
Chief U.S. Probation Officer

Prepared by:   _____
Kristen A. Aliperti
U.S. Probation Officer

Approved by:   _____
Elizabeth A. Weiburg
Supervisory U.S. Probation Officer

May 29, 2020

Encl.

2